IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GEORGE K. GAMBLE, JR., )
        )
    Plaintiff, )
        )
vs. ) CIVIL ACTION NO.: CV505-056
        )
        )
A-PATRON BAIL BONDING CO., )
        )
    Defendant. )

## ORDER

Plaintiff has filed a "Request for Summons" (Doc. 41) asking that the Clerk issue summonses for Ronald T. Vann, Stanley Symonds, and Brain (sic) Anderson. Plaintiff's request is **DENIED**. These individuals are not named parties to this action and Plaintiff has not filed a motion for leave to add them as parties.

**SO ORDERED**, this 8th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)