FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 MAR -6 PM 3: 27

CLERK _L. Falictoire_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| GEORGE K. GAMBLE, JR., ) <br> Plaintiff, ) <br> vs. ) <br> A-PATRON BAIL BONDING CO., ) <br> Defendant. ) | CIVIL ACTION NO.: CV505-056 |

## ORDER

Plaintiff has filed a "Request for Leave to Submit Answered Interrogatories" of non-parties Anthony Cobb, Charles Dickerson, and Mrs. Ludeen Willis. Plaintiff has also filed a "Request to Introduce Exhibits 1, 2, and 3." These exhibits are the "answered interrogatories" of Cobb, Dickerson, and Ludeen. Plaintiff has previously moved to "transfer" these interrogatories from CV503-117 to this case and the Court denied that motion by Order dated January 19, 2006. These motions are also **denied**.

**SO ORDERED**, this 6th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)