FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 MAR -6 PM 3: 27

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GEORGE K. GAMBLE, JR.,

    Plaintiff,

vs.

A-PATRON BAIL BONDING CO.,

    Defendant.

CIVIL ACTION NO.: CV505-056

## ORDER

Plaintiff has filed a Request for Order to Compel Discovery. He asserts that defendant has failed to respond to Requests for Production of Documents and Interrogatories he served on August 30, 2005. Defendant has filed no response to Plaintiff's motion to compel indicating no opposition thereto. See Local Rule 7.5. Accordingly, Plaintiff's unopposed Request for Order to Compel Discovery is **GRANTED**. Within ten (10) days of the date of this Order, Defendant shall serve responses to Plaintiff's Requests for Production of Documents and Interrogatories. Plaintiff's request to extend the discovery period is **denied** at this time.

SO ORDERED, this 6th day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE