IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| GEORGE K. GAMBLE, JR., ) <br> Plaintiff, ) <br> vs. ) <br> A-PATRON BAIL BONDING CO., ) <br> Defendant. ) | CIVIL ACTION NO.: CV505-056 |

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated March 6, 2006. That Order denied Plaintiff's Request for Leave to Submit Answered Interrogatories of non-parties and his request to introduce "Exhibits 1, 2 and 3." Upon consideration, Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated March 6, 2006, shall remain the Order of the Court. See FED. R. CIV. P. 33, and Local Rule 26.4.

**SO ORDERED**, this 7th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)