IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| GEORGE K. GAMBLE, JR., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: CV505-056 |
| A-PATRON BAIL BONDING CO., | ) |
| Defendant. | ) |

## ORDER

Plaintiff has filed a Motion for Reconsideration of this Court's Order dated May 30, 2006. That Order denied Plaintiff's Motion for Leave to Re-Submit Discovery. Plaintiff pleads "excusable neglect rule" in that he had served counsel for Defendant at an inaccurate address for the duration of this litigation. The discrepancy in the address might have been learned if Plaintiff had complied with FED. R. CIV. P. 26(c) and 37(a)(2) before he filed a Motion to Compel on January 25, 2006, and made a good faith effort to resolve the discovery dispute. See Local Rule 26.5. Upon review, Plaintiff's Motion for Reconsideration is **DENIED**. The Order dated May 30, 2006, shall remain the Order of the Court.

**SO ORDERED**, this 13th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)