# United States District Court
## Southern District of Georgia
### Waycross Division



FILED
U.S. DISTRICT COURT

2007 MAY 24 A 11: 30

CLERK C Adams
SO. DIST. OF GA.

GEORGE K. GAMBLE, JR.   *

                               *   CASE NUMBER   CV505-56

VS

A-PATRON BAIL BONDING.CO.   *

                               *

                               *

                               *

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this ___24___ day of _____May_____, 2007.

                                                                      JUDGE, UNITED STATES DISTRICT COURT
                                                                        SOUTHERN DISTRICT OF GEORGIA